GREG S. TOLSON (SBN 43142)
LAW OFFICES OF GREG S. TOLSON
465 California Street, Suite 400
San Francisco, California 94104
Telephone: (415) 421-6400
Facsimile: (415) 421-6600
gtolson@sbcglobal.net

Attorney for Plaintiff
Continental Casualty Company

MICHAEL J. ABRAMS (Mo. no. 42196)
mabrams@lathropgage.com
PATRICK L. KENNEY (Mo. no. 50205)
pkenney@lathropgage.com
LATHROP & GAGE L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108-2612
Telephone: (816) 292-2000
Facsimile: (816) 292-2001

Attorneys for Defendant
School Apparel, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | Case No. CV-06-2185-MMC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| SCHOOL APPAREL, INC., | |
| Defendant, | |

Case No. CV06-2185-MMC

JOINT STIPULATION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Dockets.Justia.com

1  Pursuant to Local Rule 6.1, plaintiff, Continental Casualty Company, and

2  defendant, School Apparel, Inc., submit this Joint Stipulation to Extend Deadline to

3  Answer or Otherwise Respond to Complaint.

4      Specifically, the parties stipulate and agree as follows:

5      1.    The answer or other response to the Complaint is presently due on

6  Monday, April 17, 2006.

7      2.    The parties stipulate and agree that defendant may have until Thursday,

8  April 27, 2006 to answer or otherwise respond to the Complaint.

9  DATED:  April 11, 2006    Respectfully submitted,

10      LAW OFFICES OF GREG S. TOLSON

11

12      By: /s/ Greg S. Tolson
        465 California Street, Suite 400
13      San Francisco, California  94104
        Telephone:  (415) 421-6400
14      Facsimile:  (415) 421-6600
        gtolson@sbcglobal.net
15

16      Attorney for Plaintiff

17

18  Dated: April 11 2006    LATHROP & GAGE L.C.

19

20      By: /s/ Patrick L. Kenney

21      Michael J. Abrams
        mabrams@lathropgage.com
22  IT IS SO ORDERED    Patrick L. Kenney
        pkenney@lathropgage.com
23      LATHROP & GAGE L.C.
        2345 Grand Boulevard, Suite 2800
24  Judge Maxine M. Chesney    Kansas City, MO  64108-2612
25      Telephone:  (816) 292-2000
        Facsimile:  (816) 292-2001
26

27      Attorneys for Defendant

28

CC 1581222v1    1    Case No. CV06-2185-MMC

JOINT STIPULATION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT