1  GREG S. TOLSON (SBN 43142)
   LAW OFFICES OF GREG S. TOLSON
2  465 California Street, Suite 400
   San Francisco, CA 94104
3  Telephone:   (415) 421-6400
   Facsimile:   (415) 421-6600
4  gtolson@sbcglobal.net

5  JOHN H. WATERS, JR. (La. No. 12358
   (*Pro Hac Vice*)
6  BIENVENU, FOSTER, RYAN & O"BANNON
   1010 Common Street, Suite 2200
7  New Orleans, LA 70112-2401
   Telephone: 504-310-1500
8  Facsimile: 504-310-1501
   Jwaters@brob.com
9
   Attorneys for Plaintiff/Counterdefendant
10 Continental Casualty Company

11 MICHAEL J. ABRAMS (Mo. no. 42196)
   (*Pro Hac Vice*)
12 mabrams@lathropgage.com
   STACY M. ANDREAS (Mo. no. 26575)
13 (*Pro Hac Vice*)
   sandreas@lathropgage.com
14 PATRICK L. KENNEY (Mo. no. 50205)
   (*Pro Hac Vice*)
15 pkenney@lathropgage.com
   LATHROP & GAGE L.C.
16 2345 Grand Boulevard, Suite 2800
   Kansas City, MO 64108-2612
17 Telephone:   (816) 292-2000
   Facsimile:   (816) 282-2001
18
   Attorneys for Defendant/Counterclaimant
19 School Apparel, Inc.
   (Counsel Cont. On Next Page)
20
                        **UNITED STATES DISTRICT COURT**
21                      **NORTHERN DISTRICT OF CALIFORNIA**
22

| CONTINENTAL CASUALTY COMPANY, | Case No.: CV-06-2185-MMC |
|---|---|
| Plaintiff, | **STIPULATION FOR AND (PROPOSED)** |
| v. | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| SCHOOL APPAREL, INC., | |
| Defendant. | |

28

[Stipulation and Proposed Order for Dismissal With Prejudice
Continental v School Apparel – CV-06-2185 - MMC]
-1-

|     |                                    |
| --- | ---------------------------------- |
| 1   |                                    |
| 2   | SCHOOL APPAREL, INC.,              |
| 3   | Counterclaimant,                   |
| 4   | v.                                 |
| 5   | CONTINENTAL CASUALTY COMPANY,      |
| 6   | Counterdefendant.                  |

7   ROBERT C. O'BRIEN (SBN 154372)
    robrien@obrienabeles.com
8   DAVID G. BAYLES (SBN 208112)
    dbayles@obrienabeles.com
9   O'BRIEN ABELES LLP
    445 S. Figueroa Street, Suite 3750
10  Los Angeles, CA 90071
    Telephone: (213) 629-7400
11  Facsimile: (213) 629-7401

12      The undersigned counsel of record for all of the parties stipulate that this entire action may
13  be dismissed with prejudice and without costs.

14

15

16
17  DATED: January 3, 2007           _____
                                     GREG S. TOLSON,
18                                   Attorney for Plaintiff/Counterdefendant
                                     Continental Casualty Company
19

20

21
22  DATED: January 3, 2007           _____
                                     MICHAEL J. ABRAMS,
23                                   Attorneys for Defendant/Counterclaimant
                                     School Apparel, Inc.
24

25

26

27

28
    ----------------------------------------------------------------
    [Stipulation and Proposed Order for Dismissal With Prejudice
    Continental v School Apparel – CV-06-2185 - MMC]
    -2-

## ORDER

Upon the foregoing stipulation of counsel, IT IS SO ORDERED.

DATED: January 5, 2007

_____
HON. MAXINE M. CHESNEY
United States District Judge